UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LIZABETH BRENA, | ) | NO. CV 12-9954 FMO (JCGx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| WELLS FARGO BANK, NA, et al., | ) | |
| Defendants. | ) | |

On May 13, 2013, the court issued an Order granting plaintiff leave to file a Second Amended Complaint no later than May 28, 2013. Plaintiff was "cautioned that failure to timely file a Second Amended Complaint may result in this action being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962)." (Court's Order of May 13, 2013, at 2). In addition, on May 24, 2013, the court reminded plaintiff again of her obligation to file her Second Amended Complaint by May 28, 2013. (See Court's Order of May 24, 2013). As of the filing date of this Order, no Second Amended Complaint has been filed. Accordingly, IT IS ORDERED that the above-captioned case is dismissed, without prejudice, for lack of prosecution and failure to comply with the orders of the court. See Fed. R. Civ. P. 41(b).

Dated this 3rd day of June, 2013.

/s/
Fernando M. Olguin
United States District Judge