JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZABETH BRENA, | NO. CV 12-9954 FMO (JCGx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| WELLS FARGO BANK, NA, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 3rd day of June, 2013.

/s/
Fernando M. Olguin
United States District Judge